76375

MARK B. STUMER & ASSOCIATES, P.C.

Empire Process Service, Inc.
2920 Avenue R, Suite 311
Brooklyn, NY 11229
Tel.: (718) 449-5300

CASE # JP MORGAN CHASE

Judge Stein

UNITED STATES SOUTHERN DISTRICT COURT
DISTRICT OF NEW YORK

INDEX NO.: 07 CIV 9547

JOHN D. SAMUEL

*Plaintiff(s)*

against

JP MORGAN CHASE BANK, THOMAS ENGLE AND AL CARPETTO

*Defendant(s)*

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK, COUNTY OF KINGS ss.:

BRUCE ANGLIN being duly sworn, deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in The State of New York

That on 10/30/07 12:20 PM at 1 CHASE MANHATTAN PLAZA, 20TH FLOOR  NEW YORK, NY 10005 deponent served the within SUMMONS & VERIFIED COMPLAINT IN A CIVIL ACTION bearing Index# 07 CIV 9547 & filing date 10/25/07 on AL CARPETTO C/O JP MORGAN CHASE BANK

defendant therein named,

**INDIVIDUAL** ☐ by delivering thereat a true copy of each to said defendant personally; deponent knew said person so served to be the person described as said defendant therein. (S)He identified (her) himself as such.

**CORPORATION** ☐ a ____, by delivering thereat a true copy of each to ____ personally; deponent knew said ____ so served to be the ____ described as the named defendant and knew said individual to be the ____ thereof.

**SUITABLE AGE PERSON** ☒ by delivering thereat a true copy of each to LINDA A. PLATONE LEGAL SPECIALIST a person of suitable age and discretion. That person was also asked by deponent whether said premises was the defendant's actual place of business and the reply was affirmative.

**AFFIXING TO DOOR, ETC.** ☐ by affixing a true copy of each to the door of said premises, which is defendant's ____ within the state. Deponent was unable, with due diligence to find defendant or a person of suitable age and discretion thereat, having verified defendant's ____ with ____ and having called there on ____

**MAILING** ☒ Mailed on 10/31/07 BY FIRST CLASS MAIL
MAILED IN AN ENVELOPE MARKED PERSONAL & CONFIDENTIAL
On 10/31/07 deponent also enclosed a copy of same in a postpaid sealed wrapper properly addressed to defendant at defendant's actual place of business at 1 CHASE MANHATTAN PLAZA, 20TH FLOOR  NEW YORK, NY 10005 and deposited said wrapper in a post office of the United States Postal Service within New York State.

**DESCRIPTION** Deponent describes the individual served to the best of deponent's ability at the time and circumstances of service as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx.) |
|---|---|---|---|---|---|
| FEMALE | WHITE | BLONDE | 55 | 5'7 | 160 |

**USE IN NYC CIVIL CT.** ☐ Other identifying features:

The language required by NYCRR 2900.2(e), (f) & (h) was set forth on the face of said summons(es).

**MILITARY SERVICE** ☒ I asked the person spoken to whether defendant was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. The source of my information and the grounds of my belief are the conversations and observations above narrated. Upon information and belief I aver that the defendant is not in the military service of New York State or of the United States as that term is defined in either the State or Federal statutes.

SWORN TO BEFORE ME ON  10/31/07

TARA M. MAROLLA
NOTARY PUBLIC, State of New York
No. 01MA5035821
Qualified in Richmond County
Commission Expires November 14, ____

BRUCE ANGLIN
NOTARY PUBLIC, State of New York
No. 01AN4988753
Qualified in Kings County
Commission Expires November 18, ____

BRUCE ANGLIN

822780
LICENSE NO. ____