```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/13/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X

JOHN D. SAMUEL,

              Plaintiff,

07 CIV. 9547 (SHS)

-against-

STIPULATION

JP MORGAN CHASE BANK, THOMAS ENGLE, and
AL CARPETTO,

              Defendants.

----------------------------------------X

        IT IS HEREBY STIPULATED AND AGREED by and between the undersigned that the time for Defendants to respond to the Verified Complaint of Plaintiff John D. Samuel is extended to and including December 7, 2007.

Dated:      New York, New York,
             November 2, 2007

| Mark B. Stumer & Associates, PC | JPMorgan Chase Legal Department |
|---|---|
| By: _____ | By: _____ |
| Mark B. Stumer (MS-6027) | Stacey L. Blecher (SB-1674) |
| Attorney(s) for Plaintiff | Attorney(s) for Defendants |
| 200 Park Avenue, Suite 1511 | One Chase Manhattan Plaza, 26th Floor |
| New York, New York 10003 | New York, New York 10081 |
| (212) 633-2225 | (212) 552-3814 |

SO ORDERED: 11/9/07

_____
U.S.D.J.

162228:v1