Dec 06 2007 4:09PM  Mark B. Stumer & Assoc.,  12126913642

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/10/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
JOHN D. SAMUEL,

               Plaintiff,

      -against-

JP MORGAN CHASE BANK, THOMAS ENGLE, and
AL CARPETTO,

              Defendants.
---------------------------------------- X

07 CIV. 9547 (SHS)

**STIPULATION**

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned that the time for Defendants to respond to the Verified Complaint of Plaintiff John D. Samuel is extended to and including December 12, 2007.

IT IS FURTHER STIPULATED AND AGREED by and between the undersigned that Defendants will waive any objections to service of process and/or jurisdiction in the above-captioned action.

Dated:    New York, New York
          December 6, 2007

Mark B. Stumer & Associates, PC

By: _____
    Mark B. Stumer, Esq.
Attorney(s) for Plaintiff
200 Park Avenue, Suite 1511
New York, New York 10003
(212) 633-2225
Wwym@aol.com

JPMorgan Chase Legal Department

By: _____
    Stacey L. Blecher, Esq.
Attorney(s) for Defendants
One Chase Manhattan Plaza, 26th Floor
New York, New York 10081
(212) 552-3814
Stacey.L.Blecher@chase.com

SO ORDERED: 12/10/07

_____
U.S.D.J. SIDNEY H. STEIN

162226.v1