UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X

| | |
|---|---|
| JOHN D. SAMUEL, | : |
| | 07 CIV 9547 (SHS) |
| Plaintiff, | : |
| -against- | : |
| JP MORGAN CHASE BANK, THOMAS ENGLE, and AL CARPETTO, | : RULE 7.1 STATEMENT |
| | : |
| Defendants. | |

------------------------------------------------------------ X

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable district judges and magistrate judges of the court to evaluate possible disqualification or recusal, the undersigned attorneys of record for Defendants JPMorgan Chase Bank, Thomas Engle and Al Carpetto certify that the following reflects any publicly held corporate parents, and listing of any publicly held company that owns 10% or more of the party's stock:

JPMorgan Chase & Co.

Dated: New York, New York
December 12, 2007

**JPMorgan Chase Legal & Compliance Department**

By: _____
Stacey L. Blecher, Esq.
Attorneys for Defendants
One Chase Manhattan Plaza, Floor 26
New York, New York 10081
(212) 552-3814
Stacey.L. Blecher@Chase.com

163098:v1