UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------ X

| | |
|---|---|
| JOHN D. SAMUEL, | : |
|  | 07 CIV 9547 (SHS) |
| Plaintiff, | : |
|  |  |
| -against- | : |
|  | CASE MANAGEMENT |
| JP MORGAN CHASE BANK, THOMAS ENGLE, and | : PLAN |
| AL CARPETTO, |  |
|  | : |
| Defendants. | : |

------------------------------------------------ X

After consultation with counsel for all parties, the following Case Management Plan is adopted. This plan also is a scheduling order pursuant to Rules 16 and 26(f) of the Federal Rules of Civil Procedure.

The case is to be tried by a jury.

      Yes X        No ___

Counsel consent to trial by a U.S. Magistrate Judge.

      Yes ___       No X

Joinder of additional parties must be accomplished by **N/A**.

Amended pleadings may be filed until **N/A**.

<u>Discovery</u>:

    1.    First request for production of documents, if any, to be served by <u>December 28, 2007</u>.

163102v.1

2. Interrogatories pursuant to Rule 46(a) of the Civil Rules of the Southern District of New York to be served by December 28, 2007.

3. Depositions to be completed by April 1, 2008.

    a. Unless counsel have agreed otherwise or the Court so orders, depositions are not to be held until all parties have responded to any first requests for production of documents.

    b. Depositions shall proceed concurrently.

    c. Whenever possible, unless counsel agree otherwise or the Court so orders, non-party depositions shall follow party depositions.

    d. No depositions shall be extended beyond two business days without prior leave of the Court.

4. Experts, if any, are to be designated by February 1, 2008, and experts' reports exchanged no later than April 1, 2008. Experts may be deposed, but such depositions must occur within the time limit set forth for all depositions set forth above.

5. Requests to Admit, if any, are to be served no later than April 15, 2008.

6. All discovery is to be completed by April 30, 2008. Interim deadlines may be extended by the parties on consent without application to the Court, provided the parties are certain they still can meet the discovery completion date ordered by the Court, which shall not be adjourned except upon a showing of extraordinary circumstances.

Dispositive Motions:

a. All motions and applications shall be governed by the Court's Individual Rules of Practice.

b. A pre-motion conference will be required before any dispositive motion (including motions to dismiss) is filed.

c. The Court will confirm the parties' briefing schedule at the pre-motion conference.

163102v.1

    d. After the papers are fully submitted, the parties will be informed whether oral arguments are required.

Trial:

    a. The requirements for the pre-trial order and other pre-trial submissions shall be governed by the Court's Individual Rules of Practice.

    b. Pre-Trial Orders shall be submitted on a date to be determined upon adjudication of dispositive motions, if any.

**NEXT CASE MANAGEMENT CONFERENCE** _____.

                                                                                                             **(To be completed by the Court)**

Dated:      New York, New York
              December 12, 2007

**SO ORDERED:**

_____
**Hon. Sidney H. Stein, U.S.D.J.**

163102v.1