UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x  07 CIV 9547 (SHS)
JOHN D. SAMUEL,

               Plaintiff,

   -against-

JP MORGAN CHASE BANK, THOMAS ENGLE,
and AL CARPETTO

               Defendant.
------------------------------------------------------------------x

     **PLEASE TAKE NOTICE** that pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure, the Plaintiff herein will take the deposition of Thomas Engle at the offices of Mark B. Stumer & Associates, P.C., at 200 Park Avenue South, Suite 1511, New York, New York 10003, on February 14th, 2007 at 10:000 a.m., or upon such adjourned date as may be agreed upon, until concluded.

     **PLEASE TAKE FURTHER NOTICE** that pursuant to Rule 30(b)(1) of the Federal Rules of Civil Procedure, the deponent is required to produce upon his deposition any and all documents relevant to the above-captioned proceeding.

Dated: New York, New York
       December 26, 2007

                                                  Respectfully submitted,
                                                  Mark B. Stumer & Associates, P.C.

                                                  Mark B. Stumer, Esq. (MBS-6027)
                                                  Attorney for Plaintiff
                                                  200 Park Avenue South, Suite 1511
                                                  New York, New York 10003
                                                  (212) 633-2225

To:    Stacey L. Blecher
        JPMorgan Chase Legal Department
        One Chase Manhattan Plaza, 26th Floor
        New York, New York 10081

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x   07 CIV 9547 (SHS)
JOHN D. SAMUEL,

              Plaintiff,

  -against-       **AFFIDAVIT OF SERVICE**

JP MORGAN CHASE BANK, THOMAS ENGLE,
and AL CARPETTO

              Defendant.
-----------------------------------------------------------------x

Shira Marshall, being duly sworn, deposes and says:

    1. That I am not a party to the above entitled action; I am over the age of 18; and I am a legal assistance employed with the law firm of Mark B. Stumer & Associates, P.C..

    2. That on the 27th day of December 2007, I deposited a copy of the annexed (i) PLAINTFF JOHN D. SAMUEL'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO ALL DEFENDANTS; (ii) PLAINITFF JOHN D. SAMUEL'S FIRST SET OF INTERROGATORIES TO ALL DEFENDANTS; (iii) DEPOSITION NOTICE FOR AL CARPETTO; and (iv) DEPOSITION NOTICE FOR THOMAS ENGLE in the above entitled action, copies of which are annexed hereto, enclosed in a first class wrapper, with proper postage addressed to: Stacey Blecher, Esq., JPMorgan Chase Legal Department, One Chase Manhattan Plaza, Floor 26, New York, New York 10081, in an official Postal deposit box located in the City of New York, State of New York under the exclusive care and custody of the United States Post Office Department.

_____
Shira Marshall

Sworn to before me this 27th day of
December, 2007;

_____
Notary Public

MARK B. STUMER
Notary Public, State of New York
No. 02ST5044470
Qualified in New York County
Commission Expires May 30, 20__