```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/5/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------- X

JOHN D. SAMUEL,

               Plaintiff,

    -against-

JP MORGAN CHASE BANK, THOMAS ENGLE, and
AL CARPETTO,

               Defendants.
------------------------------------------------- X

07 CIV. 9547 (SHS)

**STIPULATION**

     IT IS HEREBY STIPULATED AND AGREED by and between the undersigned that the time for the parties to respond to first request(s) for document production and first set(s) of interrogatories is extended to and including February 22, 2008.

Dated:    New York, New York
            January 24, 2008

| Mark B. Stumer & Associates, PC | JPMorgan Chase Legal & Compliance Department |
|---|---|
| By: _/s/ Mark Stumer_____ | By: _/s/ Stacey Blecher_____ |
| Mark B. Stumer, Esq. | Stacey L. Blecher, Esq. |
| Attorney(s) for Plaintiff | Attorney(s) for Defendants |
| 200 Park Avenue, Suite 1511 | One Chase Manhattan Plaza, 26th Floor |
| New York, New York 10003 | New York, New York 10081 |
| (212) 633-2225 | (212) 552-3814 |
| Wwym@aol.com | Stacey.L.Blecher@chase.com |

SO ORDERED: 2/4/08

_/s/ Sidney H. Stein_____
U.S.D.J. SIDNEY H. STEIN

162228:v1