**JPMorganChase**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

Stacey L. Blecher
Vice President and Assistant General Counsel
Legal Department

February 21, 2008

RECEIVED
FEB 2 1 2008
CHAMBERS OF
JUDGE SIDNEY H. STEIN
U.S.D.J.

Via Facsimile: 212.805.7924

Honorable Sidney H. Stein
United States District Court
 for the Southern District of New York
500 Pearl Street
New York, New York 10007

Re:    **John D. Samuel v. JP Morgan Chase Bank, et al.**
       **07-cv-09547 (SHS) (THK)**

Your Honor:

We represent Defendants in the above-referenced matter and write on behalf of counsel for all parties to request an adjournment of the appearance scheduled for Friday, February 29, 2008 at 10:00 a.m., as well as an extension of time for the parties to respond to discovery requests, currently due on Friday, February 22, 2008, to and including March 21, 2008. This is the first request made by the parties for an adjournment of the February 29, 2008 Court appearance. This is the second extension of time the parties seek with respect to responses to discovery; the parties previously agreed, by Ordered Stipulation, to an extension from on or about January 31, 2008 to and including February 22, 2008. The requested extension of time to respond to discovery should not affect the parties' Ordered Case Management Plan, which provides for the closure of discovery on April 31, 2008.

Counsel met with Magistrate Judge Theodore H. Katz on February 13, 2008 for Court-facilitated settlement negotiations. The parties are continuing to work with Magistrate Judge Katz and are scheduled to have a telephonic conference on Friday, March 7, 2008 at 2:00 p.m. Counsel for the parties also will be continuing to speak informally and share information in the hope of resolving this matter without engaging in protracted litigation. Accordingly, we respectfully request that your Honor adjourn the February 29, 2008 appearance pending the outcome of the ongoing settlement negotiations (the outcome of which we will apprise this Court on March 7, 2008). Further, we also respectfully request that your Honor extend the time for the parties to respond to discovery requests until March 21, 2008, with the hope that resolution of this matter may obviate the need for the extension.

*Pretrial conf adjourned from 2/29/08 until 3/28/08 at 10 A.M.*

*2/22/08*
*So ordered*

FROM JP MORGAN CHASE

J.P. Morgan Chase & Co. · One Chase Manhattan Plaza, Floor 26, New York, NY 10081
Telephone: 212 552 3814 · Facsimile: 212 552 1630
stacey.l.blecher@chase.com

164305:v1

Honorable Sidney H. Stein
**John D. Samuel v. JP Morgan Chase, et al.**
February 21, 2008
Page 2


Your Honor's time and consideration is greatly appreciated.

Respectfully submitted,

Stacey L. Blecher

SL3/
Cc:     Mark Stumer, Esq. (Via Facsimile: 212.691.3642)

164305:v1