```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/7/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

JOHN D. SAMUEL,

      Plaintiff,

 -against-

JP MORGAN CHASE BANK, THOMAS ENGLE, and
AL CARPETTO,

      Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

VIA ECF

07 CIV. 9547
(SHS)(THK)

**STIPULATION**

**IT IS HEREBY STIPULATED AND AGREED** by and among the parties that the above-captioned action be dismissed in its entirety, with prejudice, with no award of counsel fees or costs by the Court to either side.

Dated: New York, New York
    March 7, 2008

**Mark B. Stumer & Associates, P.C.**

By: _/s/ Mark B. Stumer_
 Mark B. Stumer, Esq.
Attorney(s) for Plaintiff
200 Park Avenue, Suite 1511
New York, New York 10003
(212) 633-2225
Wwym@aol.com

**JPMorgan Chase Legal &
Compliance Department**

By: _/s/ Stacey L. Blecher_
 Stacey L. Blecher, Esq.
Attorney(s) for Defendants
One Chase Manhattan Plaza, 26th Floor
New York, New York 10081
(212) 552-3814
Stacey.L.Blecher@chase.com

SO ORDERED: 4/7/08

_/s/ Sidney H. Stein_
U.S.D.J. SIDNEY H. STEIN

161434:v1